UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PATRICIA KENNEDY, Individually,  :
: 1:20-cv-01133-JES-JEH
        Plaintiff,  :
v.  :
:
SHUBHANGO INC d/b/a AMERICAS  :
BEST VALUE INN MACOMB, an  :
Illinois Corporation,  :
:
        Defendant.

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, PATRICIA KENNEDY, and, pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P.*, hereby files this Notice of Voluntary Dismissal Without Prejudice, and states:

1. Plaintiff filed this action on April 1, 2020. *See* Doc. 1.

2. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides:

>    (a) Voluntary Dismissal
>
>    (1) By the Plaintiff
>
>    (A) Without a Court Order. Subject to [certain Rules and statutes inapplicable here], the plaintiff may dismiss an action without a court order by filing:
>
>    (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1)(A)(i).

3. As of the date of this filing, Defendant, SHUBHANGO INC d/b/a AMERICAS BEST VALUE INN MACOMB, has not filed an answer or a motion for summary judgment.

4. Plaintiff therefore files this Notice of Voluntary Dismissal Without Prejudice.

1

WHEREFORE Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this May 12, 2022.

Respectfully submitted,

Attorney for Plaintiff(s):

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262